## LAURENCE Z. COHEN *v.* AMERICAN SAW AND MANUFACTURING COMPANY ET AL.
### (AC 16617)

Foti, Landau and Schaller, Js.

Submitted on briefs September 26—officially released October 21, 1997

Per Curiam. The judgment is affirmed.

## MARY MCINTOSH *v.* JOHN H. MCINTOSH
### (AC 16671)

Foti, Landau and Schaller, Js.

Submitted on briefs September 26—officially released October 21, 1997

Per Curiam. The judgment is affirmed.

## LAURIE BISHOP *v.* STEVENS FORD, INC.
### (AC 16901)

Foti, Landau and Schaller, Js.

Submitted on briefs September 26—officially released October 21, 1997

Per Curiam. The judgment is affirmed.